UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 10 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ETHEL WHITT, :
:
    Plaintiff, :
v. : Civil Action No. 12-0029
:
JOHN F. WHITT, JR., :
:
    Defendant. :

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a).

Plaintiff "seek[s] $1,000.00 for defendant claiming federal and state income tax return in 2001, and for legal matters." Compl. at 1. This complaint neither states a federal claim nor establishes diversity of citizenship of the parties. Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction.

An Order accompanies this Memorandum Opinion.

/s/
United States District Judge

DATE: 1/4/12